| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>John J. Scura II, Esquire, JJS-7016<br>Scura, Mealey, Wigfield & Heyer, LLP<br>1599 Hamburg Turnpike<br>P.O. Box 2031<br>Wayne, NJ 07470<br>973-696-8391<br>Attorney for the Debtor |  |
| In Re:<br><br>TSB Bearing Group America, Co.<br><br>Debtors-in-Possession | Case No.: 10-17246<br>Judge: Rosemary Gambardella<br>Hearing Date: 5-5-10 |

## ORDER APPROVING SETTLEMENT OF CONTROVERSY

The relief set forth on the following page is hereby **ORDERED.**

5-5-10

Upon the motion of the Debtor to Approve the Settlement and for good cause shown, it is

**ORDERED** that the Stipulation of Settlement filed in the case previously is hereby approved and that upon the expiration of the time to appeal, that John J. Scura II, Esq. is authorized to pay the settlement amount of $46,000 to the creditor's attorney ON bEhALF OF CID propertiES II, LLC.